DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
RAUL LOPEZ-IBARRA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>            )<br>         Plaintiff,    )<br>            )<br>     v.    )<br>            )<br>RAUL LOPEZ-IBARRA,         )<br>            )<br>         Defendant.   )<br>_____ ) | No. 2:10-cr-428 EJG<br><br>**STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME**<br><br>Date:   December 10, 2010<br>Time:   10:00 a.m.<br>Judge:  Hon. Edward J. Garcia |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michele Beckwith, counsel for Plaintiff, and Assistant Federal Defender Jeffrey Staniels, counsel for defendant, that the status conference scheduled for December 10, 2010, be vacated and the matter be continued until December 17, 2010, for further status conference at the request of the defense.

   A pre-plea presentence report has been prepared, and a plea offer has been presented; however, counsel is actively investigating an issue related to criminal history calculations potentially affects the guideline computations and the plea offer.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded between December 10, 2010, and December 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

**IT IS SO STIPULATED.**

Date:  December 9, 2010        /s/ Michele Beckwith
                               MICHELE BECKWITH
                               Assistant United States Attorney
                               Counsel for Plaintiff

Date:  December 9, 2010        DANIEL J. BRODERICK
                               Federal Defender

                                /s/ Jeffrey L. Staniels
                               JEFFREY L. STANIELS
                               Assistant Federal Defender
                               Counsel for Defendant
                               RAUL LOPEZ-IBARRA

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Date:  December 9, 2010        /s/ Edward J. Garcia
                               U. S. DISTRICT JUDGE

Stipulation and Order                -2-